UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | FILED |
| Plaintiff, | ) | JAN 27 2016 |
| | ) | U.S. DISTRICT COURT |
| v. | ) No. | EASTERN DISTRICT OF MO |
| | ) | ST. LOUIS |
| JOHN MCCAIN, | ) | **4:16CR00037 HEA/NAB** |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

The Grand Jury charges that:

At some time unknown to the Grand Jury but by at least October 2009 and continuing until at least August 2013 in the Eastern District of Missouri, the defendant herein,

**JOHN MCCAIN,**

while an officer, that is, secretary-treasurer of National Association of Letter Carriers Branch 1016, a labor organization engaged in an industry affecting commerce, did embezzle, steal and unlawfully and willfully abstract and convert to his own use the money, funds, property, and other assets of said labor organization in the approximate amount of $30,948.13.

In violation of Title 29, United States Code, Section 501(c).

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
Dianna R. Collins, #59641
Assistant United States Attorney